# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-3354
_____

JOHN WALTER PIPPIN, III,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Madison County.
Melissa G. Olin, Judge.

May 8, 2024


PER CURIAM.

    AFFIRMED.

LEWIS, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Lucas J. Taylor of Sellers, Taylor & Morrison, P.A., Live Oak; Jessica J. Yeary, Public Defender, and Ross S. Haine II, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.